COMMONWEALTH of Pennsylvania, Respondent

v.

Leon Raymond WALLS, Petitioner

No. 346 WAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Ronald C. SNEE, Petitioner

No. 280 WAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.

BOROUGH OF ST. CLAIR, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION and Blythe Township, Respondents

No. 517 MAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

## ORDER

PER CURIAM

**AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.